ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP 3 0 2008

CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA )
)
VS. )                           CASE NO.: 3:08-CR-125-K (01)
)
GERALD EDWARD WALTERS )

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

GERALD EDWARD WALTERS, by consent, under authority of United States v. Dees, 125

F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim.P. 11, and has entered

a plea of guilty to the **Count Two of the Indictment** filed on April 22, 2008. After cautioning and

examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I

determined that the guilty plea was knowledgeable and voluntary and that the offense(s) charged is

supported by an independent basis in fact containing each of the essential elements of such offense.

I therefore recommend that the plea of guilty and plea agreement be accepted and that Defendant be

adjudged guilty and have sentence imposed accordingly.

Date:  September 30, 2008.

PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

## NOTICE

        Failure to file written objections to this Report and Recommendation within ten (10) days
from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).